# Richmond

D. S. SHOWKEIR, SR., ET AL. V. RUSSELL HODGE, BY &C.

November 17, 1932.

Present, Campbell, C. J., and Holt, Epes, Hudgins, Gregory and Browning, JJ.

*Timberlake & Nelson* and *J. H. May,* for the plaintiffs in error.

*Taylor & Taylor* and *Charles Curry,* for the defendant in error.